No. 458.  FIELDS *v.* UNITED STATES.  Certiorari denied.  MR. JUSTICE BURTON took no part in the

consideration or decision of this application. *Alton S. Bradford* and *G. Lynn Woodruff* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.